```
           UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION
```

EUSTACE PHILLIPS,

        Plaintiff,

v.                          Case No. 8:10-cv-1924-T-33EAJ

TRANS AM TRUCKING, INC., and
SCOTT ALLEN HADDE,

        Defendants.
_____/

## ORDER

This matter is before the Court pursuant to Defendant Scott Allen Hadde's Suggestion of Bankruptcy (Doc. # 35), which was filed on August 18, 2011. It appears that Hadde has filed for protection under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Michigan under case number 11-600617-swr.

Due to Hadde's bankruptcy proceedings, this matter is stayed as to Hadde pursuant to 11 U.S.C. § 362(a). However, there are two defendants in this matter. Accordingly, this Court directs Plaintiff to advise whether he elects to proceed against Trans Am Trucking, Inc. the non-bankrupt entity, or, in the alternative, whether Plaintiff elects to stay this matter in its entirety due to Hadde's bankruptcy case.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

      **ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** as to Defendant Hadde **ONLY**. No further action will be taken as to Hadde util such time as the bankruptcy court lifts the stay or the stay lapses.

2. Plaintiff shall notify the Court in writing on or before August 29, 2011, whether this action should proceed against the non-bankrupt entity Trans Am Trucking, Inc. or, in the alternative, whether the case should be stayed in its entirety due to Hadde's bankruptcy case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>19th</u> day of August 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record